U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 27 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00380)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton

DISTRICT COURT NO.  1 15 - CR - 393
UNDER SEAL
MAGISTRATE CASE NO.

X Indictment                Information              Magistrate's Complaint
DATE: October 27, 2015      DATE:                    DATE:

UNITED STATES OF AMERICA
vs.
GERY SHALON, A/K/A GARRI SHALELASHVILI

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**     Yes    X No
**Will the defendant be arrested pending outcome of this proceeding?**    X Yes    No
**Is the defendant a fugitive?**     Yes    X No
**Has the defendant been released on bond?**    Yes    X No

**Will the defendant require an interpreter?**    Yes    X No

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: